IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARY HERNANDEZ,                    §
                                   §
        Plaintiff,                 §
                                   §
VS.                                §        CIVIL ACTION NO. SA-17-CA-0569-FB
                                   §
ALLSTATE TEXAS LLOYD'S,            §
                                   §
        Defendant.                 §

### *ORDER GRANTING REQUEST TO ENTER ORDER OF DISMISSAL AND JUDGMENT*

Before the Court is the Joint Stipulation of Dismissal with Prejudice and Request to Enter Order of Dismissal filed February 28, 2018 (docket #25). Plaintiff no longer wishes to pursue this suit against the defendant and asks that all claims in this case be dismissed with prejudice to the refiling of same. The Court finds the parties request to enter a dismissal with prejudice has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Request to Enter Order of Dismissal (docket #25) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case and all claims asserted against defendant Allstate Texas Lloyd's are DISMISSED WITH PREJUDICE to the refiling of same, and all parties shall bear their own costs. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 5th day of March, 2018.


_____
FRED BIERY
UNITED STATES DISTRICT JUDGE